SAMUEL A. BOYER AND CECILIA D. BOYER, HIS WIFE; CLIF-
FORD A. STORM, TRUSTEE FOR BEULAH VAN BLARCÓM,
CLIFFORD A. STORM AND CORINNE STORM, HIS WIFE, AND
BEULAH VAN BLARCOM AND MARTIN VAN BLARCOM, HER
HUSBAND, *Appellants*, v. HELEN E. LETCHWORTH, JOINED
BY HER HUSBAND, T. J. LETCHWORTH, *Appellees*.

### Division B.

### Decision Filed March 28, 1927.

An Appeal from the Circuit Court for Dade County;
H. F. Atkinson, Judge.

*Paul C. Taylor*, for Appellants;

*Hudson & Cason*, for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and arguments of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said decree; it is, therefore,
considered, ordered and adjudged by the Court that the
said decree of the Circuit Court be, and the same is here-
by affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.